1  Jiyoung Kym, Esq. (SBN 125974)
   LAW OFFICES OF JIYOUNG KYM
2  3435 Wilshire Blvd. Suite 2600
   Los Angeles, CA 90010
3  (213) 386-0800

4
   Attorney for Tai Ham, an individual,
5  dba SELECTRON INDUSTRIAL CO., LTD.

6

7                           UNITED STATES DISTRICT COURT

8                           CENTRAL DISTRICT OF CALIFORNIA

9
                                                    )
10                                                  ) Case No.: CV 04-4146-PLA
   TAI HAM, an individual, dba SELECTRON            )
11 INDUSTRIAL CO., LTD.                             ) **MODIFIED**
                                                    ) **JUDGMENT PURSUANT TO**
12                                                  ) **CONFIRMATION OF**
                                                    ) **ARBITRATOR'S AWARD**
13                   Plaintiff                      )
                                                    )
14         V.                                       )
   SELECTRON INTERNATIONAL OPTRONICS,               )
15 LLC, SELECTRON MANAGEMENT CORP.,                 )
   a New York Corporation and RICHARD               )
16 HEATHCOTE, an individual,                        )
                                                    )
17                                                  )
                     Defendants                     )
18 _____ )

19

20      On May 6, 2004, Selectron Industrial Company filed the complaint at the Superior Court

21 of California, County of Los Angeles. Defendants removed the case to the U.S. District Court,

22 Central District of California, on June 10, 2004. On August 23, 2004, the Court issued a

23 scheduling order under which Plaintiff may file the motion for the Court's leave to amend the

24 complaint. Pursuant to the order, Plaintiff filed a motion to amend the complaint to substitute

25 Plaintiff to Tai Ham, an individual, dba Selectron Industrial Co., Ltd.  On October 18, 2004, the

26 Court granted the motion and the Complaint was duly amended.   Tai Ham, therefore, has become

27 the plaintiff in this case.  Tai Ham has been doing business as Selectron Industrial Co.

28

Plaintiff Tai Ham and Defendants by and through their respective counsel stipulated to resolve the matter in binding arbitration.  A prior arbitration conducted on September 20, 2006, resulted in a purported settlement agreement that provided for the sale of the real property located at 3 Beech Street, Islip, New York, from plaintiff to defendant.  Defendants then moved to enforce that settlement agreement, whereupon an evidentiary hearing was conducted on December 12, 2006.  The court then denied that motion in an order dated January 5, 2007.  Determining that there was no meeting of the minds between the parties with respect to whether the property commonly known as 3 Beech Street included one or two adjoining parcels of land.

Thereafter, the parties stipulated to a second binding arbitration, which commenced on March 1, 2007.  The arbitrator issued an award on May 1, 2007, which was filed with the court on May 16, 2007.  The arbitrator additionally recommend that the court reconsider its prior order denying enforcement of the settlement agreement based on defendants' waiver of the right to claim both parcels of the 3 Beech Street property.  Pursuant to said recommendation, defendant filed a subsequent 'revised' motion to enforce the prior settlement in which defendant agreed to waive the right to claim both parcels of land.  On September 25, 2007, the court denied the defendants' revised motion to enforce the prior settlement.

Accordingly, pursuant to said Arbitrator's Award, which is hereby confirmed, it is Ordered and Adjudged the following:

1. Plaintiff herein refers to Tai Ham, an individual, dba Selectron Industrial Co.
2. Plaintiff take nothing with respect to his claims for imposition of a constructive trust over the stock of Selectron Management Corp. and/or any successor interest in Selectron International Optronics, LLC a/k/a Synergy International Optronics, LLC and Laurvina Enterprises;
3. Plaintiff take nothing with respect to any claims against Richard Heathcote; and

4. Plaintiff is awarded the sum of $762,425.54 against Selectron Management Corp., only, for accounts receivables due and owing.

5. This order is not intended to alter the Arbitrator's Award in any fashion.

IT IS SO ORDERED:

Dated:   April 13, 2011

_____
 Honarable Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE